UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 22-08 PJS/BRT

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2113(a) |
| v. | |
| MICHAEL THOMAS PRALL, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Bank Robbery)

On or about November 30, 2021, in the State and District of Minnesota, the defendant,

**Michael Thomas Prall,**

by force, violence and intimidation did take from the person and presence of a victim teller approximately $775, which money belonged to and was in the care, custody, control, management, and possession of Wells Fargo Bank located at 8770 east Point Douglas Road in Cottage Grove, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2
(Bank Robbery)

On or about November 19, 2021, in the State and District of Minnesota, the defendant,

SCANNED
JAN 25 2022
U.S. DISTRICT COURT MPLS

**Michael Thomas Prall,**

by force, violence and intimidation did take from the person and presence of a victim teller approximately $4,589, which money belonged to and was in the care, custody, control, management, and possession of Bremer Bank located at 10040 City Walk Drive in Woodbury, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
(Bank Robbery)

On or about November 5, 2021, in the State and District of Minnesota, the defendant,

**Michael Thomas Prall,**

by force, violence, and intimidation did take from the person and presence of a victim teller approximately $2,558, which money belonged to and was in the care, custody, control, management, and possession of US Bank located at 5149 98th Street West in Bloomington, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATIONS

Upon conviction on Count 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of

United States v. Michael Thomas Prall

Title 18, United States Code, Section 2113. This property includes, but is not limited to:

1. The $802 seized from the Defendant's person at the time of his arrest;

2. The clothing, backpack, and folding knife seized from the Defendant at the time of his arrest;

3. An Apple iPhone XS seized from the Defendant at the time of his arrest;

4. The following items seized from the Defendant's apartment on November 30, 2021:

    a. Black North Face jacket;
    b. Black Oakley hat;
    c. Grey Brinks safe and contents (excluding any documentation or items that are unconnected to any criminality);
    d. Clear vinyl gloves;
    e. Pre-paid debit cards; and,
    f. Any electronic device on which law enforcement finds evidence related to Count 1, 2, or 3, or evidence of any other criminality.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY            FOREPERSON