UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
           Plaintiff,

v.

MICHAEL THOMAS PRALL,         Criminal No. 22-08 (PJS/BRT)
           Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: MICHAEL THOMAS PRALL
Detained at (custodian): WASHINGTON COUNTY JAIL

The government is requesting the **Federal Bureau of Investigation** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                  Charging Detainee With: Bank robbery
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on January 26, 2022 at 1:30 p.m. in the courtroom of the Honorable Hildy Bowbeer.

Dated: January 25, 2022                        /s/ Alexander Chiquoine
                                                    ALEXANDER D. CHIQUOINE, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_[signature]_                                              January 25, 2022
THE HONORABLE ELIZABETH COWAN WRIGHT  DATE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1978 |
| Facility Address: | Washington County Jail | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____
                                                                                                 (Signature)

                                                                                                            Writ issued 1/26/2022