# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 22-CR-0008 (PJS/BRT) |
| Michael Thomas Prall, Defendant. | Date: March 22, 2022 |
| | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 9:06 a.m. |
| | Time Concluded: 9:36 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 30 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Jordan Sing
    For Defendant:    Sarah Weinman, Doug Olson    ☒ FPD ☐ CJA ☐ Retained ☐ Appointed
    Interpreter/Language: /
    ☐ Appointment of Counsel requested - ☐ granted ☐ denied.
    ☐ Appointed

PROCEEDINGS:
    ☐ **Arraignment** on ☐ Information, ☐ Indictment
    ☒ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count: 1
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒  Presentence Investigation and Report requested.
    ☐  Bond continued.
    ☒  **~Util Set/Reset Hearings:** Sentencing is scheduled for Thursday, July 21, 2022 at 9:00 a.m. before Judge Patrick J. Schiltz.
    ☒  Defendant remanded to the custody of the U.S. Marshal.

    s/C. Glover    
Courtroom Deputy